UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| States Resources Corp., ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| Vs. ) | Case No. 4: 11 CV 1505 TIA |
| ) | |
| Raburn Evans Glass Service, Inc. et al, ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER**

On August 31, 2011, due to an error in electronic case opening, the above styled case was inadvertently assigned an Eastern Division case number. However, the above referenced case requires a Southeastern Division case number.

Therefore, this case must be randomly reassigned a Southeastern Division case number.

**IT IS HEREBY ORDERED** that the Eastern Division case is closed and the case has been reassigned a Southeastern Division case number to Magistrate Judge Lewis M. Blanton.

<u>August 31, 2011</u>                                           JAMES G. WOODWARD
DATE                                                                    CLERK OF COURT

                                                                            By: <u> /s/ Karen Moore        </u>
                                                                            Deputy Clerk

**In all future documents filed with the Court, please use the following case number: 1:11CV0161 LMB.**